AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>2:24-MJ-04731 | Date and time warrant executed:<br>8/7/2024 @ 15:34 | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>SA Brian Rice |||
| Inventory of the property taken and name of any person(s) seized:<br><br>Phone Numbers 323-387-4996 and 747-297-1162:<br>* Historical Records from May 1, 2024 to August 7, 2024<br>* Prospective GPS Cell Sites from August 7, 2024 to August 8, 2024. |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/02/2024

VICTORIA J SCOTT
Digitally signed by VICTORIA J SCOTT
Date: 2024.10.02 10:26:43 -07'00'

*Executing officer's signature*

Victoria J. Scott, Special Agent

*Printed name and title*